IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Coleman, Earl | Case Number: 07 B 01124 |
| | Judge: Squires, John H |
| Printed: 11/25/08 | Filed: 1/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 1, 2008
Confirmed: May 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,188.89 | |
| Secured: | | 197.20 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 166.26 |
| Other Funds: | | 1,125.43 |
| Totals: | 4,188.89 | 4,188.89 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,700.00 | 2,700.00 |
| 2. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 644.94 | 197.20 |
| 4. | Cottage Emergency Physicians | Unsecured | 151.50 | 0.00 |
| 5. | Americredit Financial Ser Inc | Unsecured | 3,232.54 | 0.00 |
| 6. | Capital One | Unsecured | 1,993.16 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 225.00 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 1,779.72 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 1,900.61 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 6,442.39 | 0.00 |
| 11. | Capital One | Unsecured | 1,140.84 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 5,196.74 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 349.34 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 425.95 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 2,495.94 | 0.00 |
| 16. | Commonwealth Edison | Unsecured | 567.70 | 0.00 |
| 17. | AT&T Wireless | Unsecured | | No Claim Filed |
| 18. | Citibank | Unsecured | | No Claim Filed |
| 19. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 20. | Wells Fargo Financial | Unsecured | | No Claim Filed |
| | | | $ 29,246.37 | $ 2,897.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE:  Coleman, Earl | Case Number: 07 B 01124 |
|---|---|
| | Judge: Squires, John H |
| Printed: 11/25/08 | Filed: 1/23/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 161.40 |
| 6.5% | 4.86 |
| | $ 166.26 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

